UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

Yoon-Hee Park

    Defendant(s),

2011 CR 755 (KSH)

ORDER OF REFERRAL

    The defendant, <u>Yoon-Hee Park</u>, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

_____
United States District Judge

Dated: 11/1/11

CONSENTED TO:

_XH PARK_____
Defendant (signature)

_____
Attorney for Defendant (signature)